AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
ROSWELL NEW MEXICO
APR 18 2018
MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 18 MR 320
 )
The person of Robert SANCHEZ, born in 1973 )
Social Security Number 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 )
 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

The person of Robert SANCHEZ, born in 1973, Social Security Number 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.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA samples in the form of buccal swabs from the person of Robert SANCHEZ.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 30, 2018___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Joel m. Carson III___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

N/A

Date and time issued: _4-16-18_   _[signature]_
Judge's signature

City and state:   Roswell, New Mexico      Joel M. Carson III, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 4-17-18  0925 | Copy of warrant and inventory left with: ROBERT SANCHEZ |

Inventory made in the presence of: LISA BRACKEEN

Inventory of the property taken and name of any person(s) seized:

2 BUCCAL SWABS FROM THE PERSON OF ROBERT SANCHEZ

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-18-18

*Executing officer's signature*

MATTHEW AMATO, SENIOR SPECIAL AGENT
*Printed name and title*